UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCO PORTILLO SARAVIA,<br><br>    *Plaintiff*,<br><br>v.<br><br>YUAN PROFIT, INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-232 (RDM) |

## ORDER

For the reasons stated in the Court's Memorandum Opinions at Dkts. 36 and 38, it is hereby ORDERED that judgment is entered in favor of Plaintiff and against Defendants in the total amount of $78,532.94 for compensatory damages, $235,598.82 in liquidated damages, plus post-judgment interest as provided in 28 U.S.C. § 1961.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

                                                /s/ Randolph D. Moss
                                                RANDOLPH D. MOSS
                                                United States District Judge

Date: February 21, 2024