# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCO PORTILLO SARAVIA<br><br>    Plaintiff,<br><br>v.<br><br>YUAN PROFIT, INC., et al.<br><br>    Defendants. | Case No. 1:20-cv-00232-RDM |

## PLAINTIFF'S MOTION FOR JUDGMENT AGAINST BANK OF AMERICA, N.A.

Plaintiff moves the Court to enter judgment against Bank of America, N.A. ("Bank of America") in the amount of $8,846.73, and states the following in support:

### BACKGROUND

On June 3, 2025, the Court issued a Writ of Attachment directed to Bank of America regarding Defendant Rui Yu.

On July 21, 2025, Bank of America responded that it possessed $8,846.73 belonging to Defendant Rui Yu. *See* ECF No. 65.

### ARGUMENT

D.C. Code § 16-556 states:

> …[I]f a garnishee has admitted credits in his hands, in answer to interrogatories served upon him, or the credits have been found upon an issue made as provided by this chapter, judgment shall be entered against him for the amount of credits admitted or found, not exceeding the amount of the plaintiff's judgment, and costs, and execution shall be had thereon not to exceed the credits in his hands…

Neither Defendants nor Garnishee have interposed any reason why the funds in question should not be turned over to the Plaintiff. Accordingly, Bank of America should now turn over the Defendants' funds that are in its possession..

## PRAYER FOR RELIEF

For the foregoing reasons, Plaintiff moves the Court to enter judgment against Garnishee Bank of America in the amount of $8,846.73.


Date: July 30, 2025                     Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
JONATHAN TUCKER, 1026050
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
jt@dcwagelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I caused to be mailed a copy of the foregoing motion to each of the Defendants, at each of the addresses below — as well as to the Garnishee at the address below:

Yuan Profit, Inc., Jun Ling Xu, Oscar Xu, and Rui Yu
610 H Street NW
Washington, DC 20001

Yuan Profit, Inc., Jun Ling Xu, Oscar Xu, and Rui Yu
811 4th Street NW, Unit 903
Washington, DC 20001

Yuan Profit, Inc., Jun Ling Xu, Oscar Xu, and Rui Yu
12013 Eaglewood Court
Silver Spring, MD 20902

Bank of America, N.A.
1931 14th Street NW
Washington, DC 20009

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001